JS-6

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAMORFOZA D.O.O. D/B/A "MUSEUM OF ILLUSIONS", <br><br> Plaintiff, <br><br> v. <br><br> BIG FUNNY, LLC D/B/A "MUSEUM OF 3D ILLUSIONS" AND "MUSEUM OF ILLUSIONS"; BIG FUNNY FL, LLC; AND BIG FUNNY CORPORATION, <br><br> Defendants. | Case No. 2:21-cv-02020-JFW-RAO <br><br> Hon. John F. Walter <br><br> **FINAL JUDGMENT** |

On June 1, 2021, Metamorfoza D.O.O. ("Metamorfoza") filed a Second Amended Complaint (Dkt. 106) against Defendants Big Funny, LLC, Big Funny FL, LLC, and Big Funny Corporation (collectively "Big Funny"), alleging that Big Funny infringed Metamorfoza's trademark registrations and engaged in unfair competition under federal and state law.

On June 23, 2021, Big Funny filed its Renewed Motion to Dismiss the Second Amended Complaint (Dkt. 122) under F. R. Civ. P. 12(b)(6) for failure to state a claim.

On July 27, 2021, the Court issued an Order (Dkt. 135) granting Big Funny's Renewed Motion to Dismiss with prejudice thereby dismissing all asserted claims against Big Funny, without granting leave to amend the complaint.

On August 10, 2021, Big Funny filed its Motion for Attorneys' Fees (Dkt. 139). On September 8, 2021, the Court issued an Order (Dkt. 154) denying Big Funny's Motion for Attorneys' Fees.

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT**:

1. Metamorfoza shall take nothing and all claims asserted by Metamorfoza against Big Funny in this action are dismissed with prejudice;

2. Because no claims remain in this action, the Court expressly directs the Clerk to enter this Final Judgment pursuant to F. R. Civ. P. 58.

**IT IS SO ORDERED.**

DATED: September 30, 2021

_____
Hon. John F. Walter
United States District Judge